1 │ SEYFARTH SHAW LLP
  │ Thomas Kaufman (State Bar No. 177936)
2 │ Laura Reathaford (State Bar No. 254751)
  │ 2029 Century Park East, Suite 3500
3 │ Los Angeles, California 90067
  │ Telephone: (310) 277-7200
4 │ Facsimile: (310) 201-5219
  │ E-mail: tkaufman@seyfarth.com
5 │
  │ FERRIS & BRITTON
6 │ A Professional Corporation
  │ Christopher Q. Britton (State Bar No. 56623)
7 │ W. Lee Biddle (State Bar No. 217128)
  │ 401 West A Street, Suite 1600
8 │ San Diego, California 92101
  │ Telephone: (619) 233-3131
9 │ Facsimile: (619) 232-9316
  │ E-mail: cbritton@ferrisbritton.com
10 │
   │ Attorneys for Defendants
11 │ COX COMMUNICATIONS, INC. and COXCOM, INC.

12 │ UNITED STATES DISTRICT COURT

13 │ CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 LEONARD CASTILLO, as an individual) and on behalf of others similarly situated,) | Case No. CV 10-4049-DMG (MAN) |
| 15 Plaintiff, | Assigned to Hon. Dolly M. Gee |
| 16 v. | **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS** |
| 17 | |
| 18 COX COMMUNICATIONS, INC., a Delaware Corporation, COXCOM, INC.,) a Delaware Corporation; and DOES 1-) | **[Local Rule 7-16]** |
| 19 100, | Date:      July 7, 2010 Time:     9:30 a.m. Ctrm:      7 |
| 20 Defendants. | |
| 21 | Removal filed:     May 28, 2010 |

22 │

23 │        Defendants Cox Communications, Inc. and CoxCom, Inc. (collectively,

24 │ "Defendants" or "Cox") hereby withdraw their Motion to Dismiss filed on June 2,

25 │ 2010 and set for hearing on July 7, 2010.

26 │        Plaintiff filed his original Complaint in the Los Angeles Superior Court on

27 │ April 9, 2010.  On July 2, 2010, Plaintiff filed a First Amended Complaint, a copy

28 │

1

12478240v.1

1   of which is attached hereto as Exhibit A. Accordingly, Cox's Motion to Dismiss

2   Plaintiff's original Complaint is moot and Cox does not intend to press the motion.

3        Notwithstanding this Notice, Cox reserves its right to challenge Plaintiff's

4   First Amended Complaint within the time limits proscribed within the Federal

5   Rules of Civil Procedure.

6

7   DATED: July 6, 2010               SEYFARTH SHAW LLP

8

9                                   By     /s/ Laura Reathaford
                                        Laura Reathaford

10                               Attorneys for Defendants
                              COX COMMUNICATIONS, INC.

11                               and COXCOM, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

12478240v.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )  ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3063. On July 6, 2010, I served the within documents:

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at , California, addressed as set forth below.

☒ Electronically by using the Court's CM/ECF System.

Peter M. Hart
Kimberly A. Westmoreland
LAW OFFICE OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Phone: 310-478-5789
Fax:    509-561-6441

*Attorneys for Plaintiff*
*Leonard Castillo*

hartpeter@msn.com
kwestmoreland.loph@gmail.com

Kenneth H. Yoon
Melissa M. Coyle
Linda P. Whitehead
LAW OFFICES OF KENNETH H. YOON
One Wilshire blvd., Suite 2200
Los Angeles, CA 90017
Phone:  213-612-0988
Fax:    213-947-1211

*Attorneys for Plaintiff*
*Leonard Castillo*

kyoon@yoon-law.com
mcoyle@yoon-law.com
lwhitehead@yoon-law.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 6, 2010, at Los Angeles, California.

Elsa J. Terre

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

12478240v.1