SEYFARTH SHAW LLP
Laura Reathaford (State Bar No. 254751)
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
E-mail: tkaufman@seyfarth.com

FERRIS & BRITTON
A Professional Corporation
Christopher Q. Britton (State Bar No. 56623)
W. Lee Biddle (State Bar No. 217128)
401 West A Street, Suite 1600
San Diego, California 92101
Telephone: (619) 233-3131
Facsimile: (619) 232-9316
E-mail: cbritton@ferrisbritton.com

Attorneys for Defendants
COX COMMUNICATIONS, INC. and COXCOM, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CASTILLO, as an individual and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., a Delaware Corporation, COXCOM, INC., a Delaware Corporation; and DOES 1-100, <br><br> Defendants. | Case No. CV 10-4049-DMG (MAN) <br><br> Assigned to Hon. Dolly M. Gee <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** <br><br> Removal filed: May 28, 2010 |

1

**NOTICE OF ASSOCIATION OF COUNSEL**

12536501v.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE THAT Seyfarth Shaw LLP, being the attorneys of
3  record for COX COMMUNICATIONS, INC. and COXCOM, INC. hereby
4  associates the firm of Sheppard, Mullin, Richter & Hampton LLP for the defense
5  in the above-entitled matter. The office address, telephone and facsimile numbers
6  of Defendants' associated counsel of record is as follows:

7      Thomas R. Kaufman (SBN 177936)
    tkaufman@sheppardmullin.com
8      1901 Avenue of the Stars, Suite 1600
    Los Angeles, California 90067
9      Telephone: (310) 228-3700
    Facsimile: (310) 228-3701
10

11 DATED: July 26, 2010                  SEYFARTH SHAW LLP

12

13                                     By   /s/ Laura Reathaford
14                                            Laura Reathaford
                                  Attorneys for Defendants
15                                   COX COMMUNICATIONS, INC.
                                  and COXCOM, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-2901. On July 26, 2010, I served the within documents:

**NOTICE OF ASSOCIATION OF COUNSEL**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ Electronically by using the Court's CM/ECF System.

*ATTORNEYS FOR PLAINTIFF*
Peter M. Hart
Kimberly A. Westmoreland
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Tel: 310-478-5789; Fax: 509-561-6441
hart.peter@msn.com;
kwestmoreland.loph@gmail.com
*CO-COUNSEL FOR DEFENDANT*
Christopher Q. Britton
W. Lee Biddle
FERRIS & BRITTON
401 West A Street, Suite 1600
San Diego, CA 92101
Tel: 619.233.3131; Fax: 619.232.9316
cbritton@ferrisbritton.com

*ATTORNEYS FOR PLAINTIFF*
Kenneth H. Yoon
Melissa . Coyle
LAW OFFICE OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Tel: 213-612-0988; Fax: 213-947-1211
kyoon@yoonlaw.com;
mcoyle@yoonlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 26, 2010, at Los Angeles, California.

Elsa J. Terre

**NOTICE OF ASSOCIATION OF COUNSEL**

12536501v.1