THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
JENNIFER S. ABRAMOWITZ, Cal. Bar No. 237233
jabramowitz@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701

Attorneys for Defendant
COX COMMUNICATIONS, INC.
and COXCOM, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CASTILLO, as an individual and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., A Delaware Corporation; COXCOM, Inc., a Delaware Corporation; and DOES 1-100,<br><br>    Defendants. | Case No. 3:10-CV-01622-H-BGS<br><br>**Request for Approval of Substitution of Attorney** |

    Defendants, Cox Communications, Inc. and CoxCom, Inc., hereby requests that the Court approve the substitution of Sheppard Mullin Richter & Hampton as attorney of record in place and stead of Seyfarth Shaw LLP.

Dated: August 1st, 2010

                                      Joseph M. Freeman

                        Assistant General Counsel for Client/Defendants

I have given proper notice pursuant to Local Rule 83.3 and further consent to the above substitution.

Date: August 16, 2010          /s/ Laura Reathaford
                               Current Attorney for Defendant
                               Seyfarth Shaw LLP

I am duly admitted to practice in this District pursuant to local Rule 83-3.

Date: August 16. 2010          /s/ Thomas R. Kaufman
                               Thomas R. Kaufman
                               New Attorney for Defendant
                               Sheppard, Mullin, Richter & Hampton

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, 16th Floor, Los Angeles, California 90067.

On **September 1, 2010,** I served the following document(s):

**REQUEST FOR APPROVAL OF SUBSTITUTION**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

*ATTORNEYS FOR PLAINTIFF*
Peter M. Hart
Kimberly A. Westmoreland
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
hart.peter@msn.com;
kwestmoreland.loph@gmail.com

*ATTORNEYS FOR PLAINTIFF*
Kenneth H. Yoon
Melissa . Coyle
LAW OFFICE OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
kyoon@yoonlaw.com;
mcoyle@yoonlaw.com

*CO-COUNSEL FOR DEFENDANT*
Christopher Q. Britton
W. Lee Biddle
FERRIS & BRITTON
401 West A Street, Suite 1600
San Diego, CA 92101
cbritton@ferrisbritton.com

☒ **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served via electronic mail to the address listed.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2010, at Los Angeles, California.

/s/ Thomas R. Kaufman
Thomas R. Kaufman